No. _____

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

FILED
DEC 19 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

## THE UNITED STATES OF AMERICA
vs.

ISMAEL MARTINEZ
aka "Ismael Martinez Garcia"
aka "Hector"

1: 13 CR 0 0 0 4 3 6 LJO SKO

## INDICTMENT

**VIOLATION(S):** 18 U.S.C. § 2422(b)-Use of Facility of Interstate Commerce to Induce Minor to Engage in Criminal Sexual Activity; 18 U.S.C. § 2423(b)-Travel in Interstate Commerce With Intent o Engage in Illicit Sexual Conduct; 18 U.S.C. § 2252(a)(2)-Receipt or Distribution of Material Involving the Sexual Exploitation of Minors; 18 U.S.C. §§ 2428, 2253-Criminal Forfeiture

*A true bill,*

/S/
_____
*Foreman.*

*Filed in open court this* _____ *day*

*of* _____ *, A.D. 20* \_\_\_\_\_

_____
*Clerk.*

*Bail, $* _____

NO BAIL WARRANT

*Sheila K. Oberto* (signature)

GPO 863 525

AO 257
(Rev. 9/92) ___ YES: SAB conflict in USAO (before 01/01/13)   ___ YES: SKO conflict in USAO (Before 4/12/10)   PER 18 U.S.C. 3170

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION -- IN U.S. DISTRICT COURT

BY ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT
☒ SUPERSEDING: Case No. 1:13-cr-003 AWI

Name of District Court, and/or Judge/Magistrate Judge Location (City)
EDCA

**OFFENSE CHARGED**
Please see Indictment

PLEASE SEE INDICTMENT
☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**DEFENDANT -- U.S. vs.**
ISMAEL MARTINEZ, aka Ismael Martinez Garcia Aka Hector

Address: 1: 1 3 CR 0 0 0 4 3 6 LJO SKO

Birth Date: ☒ Male ☐ Alien
☐ Female (if applicable)
(Optional unless a juvenile)

Place of offense: Fresno County
U.S.C. Citation: Please see Indictment

## PROCEEDING
Name of Complainant Agency, or Person (& Title, if any)

Det. David Rippe/Fresno County Sheriff's Office

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per FRCrP ☐ 20 ☐ 21 ☐ 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense
☐ this prosecution relates to a pending case involving this same defendant
☒ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE JUDGE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM: Maria G. Robles
☒ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): Brian W. Enos

☒ FORFEITURE ALLEGATION

**DEFENDANT**
**IS *NOT* IN CUSTODY**
1) ☒ Has not been arrested, pending outcome of this proceeding
   If not detained, give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges   ☐ Fed'l ☒ State
   If answer to (6) is "Yes," show name of institution
   Fresno County Jail

Has detainer been filed?   ☐ Yes   If "Yes," give date filed
                           ☐ No
Mo.   Day   Year

**DATE OF ARREST**
Or ... if Arresting Agency & Warrant were not Federal
Mo.   Day   Year
**DATE TRANSFERRED TO U.S. CUSTODY**

☐ This report amends AO 257 previously submitted

---
ADDITIONAL INFORMATION OR COMMENTS
PLEASE ISSUE NO BAIL WARRANT

AUSA INITIALS

PENALTY SLIP

1:13 CR 0 0 0 4 3 6 LJO SKO

**DEFENDANT:** ISMAEL MARTINEZ
aka Ismael Martinez Garcia
aka Hector

**COUNT ONE:**

    VIOLATION: 18 U.S.C. § 2422(b) - Use of Facility
Of Interstate Commerce to Induce Minor
To Engage In Criminal Sexual Activity

    PENALTY: 10 years to life imprisonment
$250,000 fine
Lifetime supervised release
$100.00 Special Assessment

**COUNT TWO:**

    VIOLATION: 18 U.S.C. § 2423(b) - Travel in Interstate
Commerce With Intent to Engage In
Illicit Sexual Conduct

    PENALTY: Up to 30 years imprisonment
$250,000 fine
Lifetime supervised release
$100.00 Special Assessment

**COUNT Three:**

    VIOLATION: 18 U.S.C. § 2252(a)(2) -
Receipt or Distribution of Material
Involving the Sexual Exploitation of
Minors

    PENALTY: 5-20 years imprisonment
$250,000 fine
Lifetime supervised release
$100.00 Special Assessment

**FORFEITURE ALLEGATION:**

18 U.S.C. § 2428, 2253

1: 13 CR 0 0 0 4 3 6 LJO SKO