BENJAMIN B. WAGNER
United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, Ca 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>ISMAEL MARTINEZ,<br><br>　　　　　　　　　Defendant. | Case No: 1:13-cr-00436 LJO<br><br>**STIPULATION BETWEEN THE UNITED STATES AND DEFENDANT REGARDING PRODUCTION OF PROTECTED INFORMATION; PROTECTIVE ORDER RE: SAME**<br><br>Ctrm: 4<br><br>Hon. Lawrence J. O'Neill |

　　　WHEREAS, the discovery in this case contains private personal information regarding several third parties (both adults and minors), including but not limited to their names, dates of birth, physical descriptions, telephone numbers and/or residential addresses ("Protected Information"); and

　　　WHEREAS, the parties desire to avoid both the necessity of large scale redactions and the unauthorized disclosure or dissemination of this information to anyone not a party to the court proceedings in this matter;

　　　The parties agree that entry of a stipulated protective order is appropriate.

1

THEREFORE, defendant ISMAEL MARTINEZ, by and through his counsel of record ("Defense Counsel"), and the United States of America, by and through Assistant United States Attorney Brian W. Enos, hereby agree and stipulate as follows:

1. This Court may enter a protective order pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, and its general supervisory authority.

2. This Order pertains to all discovery provided to or made available to Defense Counsel as part of discovery in this case (hereafter, collectively known as "the discovery").

3. By signing this Stipulation and Protective Order, Defense Counsel agrees not to share any documents that contain Protected Information with anyone other than Defense Counsel attorneys, designated defense investigators, and support staff. Defense Counsel may permit the defendant to view unredacted documents in the presence of his attorneys, defense investigators, and support staff. The parties agree that Defense Counsel, defense investigators, and support staff shall not allow the defendant to copy Protected Information contained in the discovery. The parties agree that Defense Counsel, defense investigators, and support staff may provide the Defendant with copies of documents, if any, from which Protected Information has been redacted.

4. The discovery and information therein may be used only in connection with the litigation of this case and for no other purpose. The discovery is now and will forever remain the property of the United States of America ("Government"). Defense Counsel will return the discovery to the Government or certify that it has been shredded at the conclusion of the case.

5. Defense Counsel will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement.

6. Defense Counsel shall be responsible for advising the Defendant, employees, and other members of the defense team, and defense witnesses of the contents of this Stipulation and Order.

7. In the event that Defendant substitutes counsel, undersigned Defense Counsel agrees to withhold discovery from new counsel unless and until substituted counsel agrees also to be bound by

///

///

this Order.

IT IS SO STIPULATED.

                          (As auth. 1/29/14)

DATED: January 29, 2014         By: /s/ Brian C. Andritch
                                        BRIAN C. ANDRITCH
                                        Attorney for Defendant
                                        ISMAEL MARTINEZ

DATED: January 16, 2014         BENJAMIN B. WAGNER
                                        United States Attorney

                                          By: /s/ Brian W. Enos
                                        Brian W. Enos
                                        Assistant U.S. Attorney

IT IS SO ORDERED.

    Dated:   **January 30, 2014**            **/s/ Lawrence J. O'Neill**
                                                UNITED STATES DISTRICT JUDGE