**BRIAN C. ANDRTICH # 203808**
Andritch & Aed, A Professional Corporation
2140 Merced St., Ste. 102
Fresno, California 93721
Phone: 559-495-0200
Fax:    559-495-0123

Attorney for Defendant: Ismael Martinez

# UNITED STATES DISTRICT COURT

# EASTEREN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**            ) | **Case No.:** 1:13-cr-00436 LJO |
|                                         ) | |
|            Plaintiff,                   ) | STIPULATION TO CONTINUE AUGUST |
|                                         ) | 18, 2014 STATUS CONFERENCE TO |
|      vs.                                ) | SEPTEMBER 2, 2014; ORDER |
|                                         ) | |
| **ISMAEL MARTINEZ,**                    ) | DATE:   August 18, 2014 |
|                                         ) | TIME:   1:30 p.m. |
|            Defendant.                   ) | CTRM:   7 |
|                                         ) | Hon. Sheila K. Oberto |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective attorneys of record, that the parties August 18, 2014 status conference may be continued to 1:30 p.m. on Tuesday September 2, 2014.

The parties base this stipulation on good cause. Mr. Andritch is unable to attend the August 18, 2014 hearing because he has a funeral to attend which conflicts with the hearing date and time.

For the above – stated reason, the stipulated continuance will conserve time and resources for both parties and the court, and the delay resulting from this continuance shall be excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161 (h) (7) (A) and 3161 (h) (7) (B) (ii).

The Defense Counsel understands stipulations to continue a status conference are to be filed no later than noon on Thursday before a Monday Hearing: however, I just learned today, August 14, 2014, of the funeral date and time.

DATED:  August 14, 2014                              BENJAMIN B. WAGNER
                                                     United States Attorney

                                                     By: /S/ BRIAN ENOS
                                                     Assistant United States Attorney


DATED: August 14, 2014                               By: /S/ BRIAN C. ANDRITCH
                                                     Attorney for Defendant
                                                     Ismael Martinez


## **ORDER**

IT IS SO ORDERED.

   Dated:   **August 14, 2014**                        /s/ **Sheila K. Oberto**
                                                     UNITED STATES MAGISTRATE JUDGE